MORGAN, LEWIS & BOCKIUS LLP
BRENDAN DOLAN, State Bar No. 126732
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorney for Defendant
SUNGARD RECOVERY SERVICES (now known
as SunGard Availability Services LP)

MICHAEL JAMES REED, State Bar No. 122324
60 Creek Tree Lane
Alamo, CA 94507
Tel: 925.743.8353
Fax: 734.468.6168

Attorney for Plaintiff
DOUGLAS STOVALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS STOVALL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SUNGARD RECOVERY SERVICES AND DOES 1-50,<br><br>　　　　　Defendant. | Case No. CV 07-02146 JCS<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; ORDER** |

　　The parties, by and through their counsel of record, they hereby stipulate as follows:

　　1.　A settlement of the above-entitled action has been reached which will result in the dismissal with prejudice of the entire action.

　　2.　The parties have a written settlement agreement which is acceptable to them both but which has not been executed due to the unavailability of the Plaintiff. At the earliest, even if executed, the settlement agreement will not be effective until after the date required for submission of the case management conference materials.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7574961.1

1

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; ORDER

3. Under these circumstances and in order to avoid unnecessary waste of the court's resources, the parties propose that the case management conference which is currently scheduled for July 27, 2007 be reset to a future date to be established by the court. It is anticipated that if the date of the rescheduled case management conference is set for late August 2007 or thereafter, the settlement will have been concluded and the case dismissed with prejudice.

Dated: July 17, 2007

MORGAN, LEWIS & BOCKIUS LLP
BRENDAN DOLAN

By /s/
Brendan Dolan
Attorney for Defendant
SUNGARD RECOVERY SERVICES
(now known as SunGard Availability Services LP)

Dated: July 17, 2007

MICHAEL JAMES REED

By /s/
Michael James Reed

### ORDER

Pursuant to the stipulation of the parties, it is ordered that the case management conference in the above-entitled action is continued to __August 24__, 2007 at 1:30 PM ~~a.m.~~/~~p.m.~~

DATED: __July 23, 2007__

Honorable
UNITED STATES DISTRICT JUDGE
Judge Joseph C. Spero

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7574961.1

2

STIPULATION TO RESCHEDULED CASE MANAGEMENT CONFERENCE; ORDER