1 | LAW OFFICES OF MICHAEL J. REED
Michael James Reed, State Bar Number 122324
2 | 60 Creek Tree Lane
Alamo, CA 94507
3 | Telephone: (925) 743-8353
Facsimile: (734) 468-6168

Attorney for Plaintiff DOUGLAS STOVALL

MORGAN, LEWIS & BOCKIUS
Brendan Dolan, State Bar No. 126732
One Market, Spear Street Tower
San Francisco, CA. 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant
SUNGARD RECOVERY SERVICES (now known as
SunGard Availability Services LP)

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS STOVALL, ) | **Case No. CV 07-02146 JCS** |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL** |
| ) | |
| v. ) | |
| ) | |
| SUNGARD RECOVERY SERVICES and ) | |
| DOES 1-50, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Federal Rule Civil Procedure section 41(a)(1). Pursuant to the terms of the Confidential Settlement Agreement and Release ("Agreement") each party is to bear his or its own costs and attorneys' fees.

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

1

Stipulation of Dismissal - Case No. CV 07-02146 JCS

1     This stipulation may be executed in counterparts, all of which together shall constitute the original document.

DATED: August 8, 2007

                                            MORGAN, LEWIS & BOCKIUS

                                            By            /S/
                                                 Brendan Dolan
                                                 Attorneys for Defendant
                                                 SUNGARD RECOVERY SERVICES
                                                 (now known as SunGard Availability Services LP)

Dated: August 8, 2007                             LAW OFFICES OF MICHAEL J. REED

                                            By:           /S/
                                                 Michael J. Reed
                                                 Attorney for Plaintiff DOUGLAS STOVALL

(D233.001)

Dated: August 9, 2007

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Stipulation of Dismissal - Case No. CV 07-02146 JCS